NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SHELL OIL COMPANY (C/O GULF COAST
DRAWBACK SERVICES, INC.),
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2011-1531

---

Appeal from the United States Court of International Trade in case no. 08-CV-0109, Judge Delissa A. Ridgway.

---

**ON MOTION**

---

**ORDER**

Enjet Inc. moves without opposition to file an amicus curiae brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 9 2012
Date

cc:  Daniel P. Wendt, Esq.
     Tara K. Hogan, Esq.
     Michael F. Mitri, Esq.

s21

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK